The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ETHAN ROBINSON <br><br> Defendant. | NO. CR23-5285 BHS <br><br> ORDER TO SEAL EXHIBITS |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibits 1-6 to the Government's Notice of Filing Restitution Materials in Advance of Hearing,

It is hereby ORDERED that the exhibits shall remain sealed.

DATED this ___23rd___ day of January, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

Order to Seal - 1
*United States v. Robinson* / CR23-5285 BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970